# Court of Appeals
# of the State of Georgia

ATLANTA,   July 12, 2012

*The Court of Appeals hereby passes the following order:*

## A12A1460.  SIMS v. MANN.

It appearing that appellant's brief and enumerations of error were due April 12, 2012, and it further appearing that said brief and enumerations of error were not timely filed, appellant's appeal is hereby dismissed pursuant to Court of Appeals Rule 13 and Rule 23.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 07/12/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*